IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS, ET AL., , ) | | CV 07-00581 SPK-LEK |
| ) | | |
| Plaintiff(s), ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| JAPAN AIRLINES, ET AL., ) | | |
| ) | | |
| Defendant(s). ) | | |
| _____ ) | | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

On January 30, 2008, U.S. Magistrate Judge Leslie E. Kobayashi issued an Order and Findings and Recommendation to grant in part and deny in part Defendant Hawaii Aviation Contract Service's Motion to Confirm Arbitration Award and to Enter Judgment upon the Confirmation Order.  Judge Kobayashi recommended that the district judge: 1) enter an order confirming the Award of Arbitrator, dated November 20, 2007; 2) direct the entry of judgment in favor of HACS and against Plaintiff in the amount of $3,189.52, pursuant to the Award; 3) deny HACS's request for attorneys fees and costs pursuant to Haw. Rev. Stat. § 658A-25; and 4) certify final judgment in favor of HACS and against Plaintiff pursuant to Federal Rule of Civil Procedure 54(b).

On February 13, 2008, Plaintiff filed a Motion for Reconsideration of the

January 30, 2008, Order Denying Plaintiff's Motion to Vacate and Findings and Recommendation.  On February 21, 2008, Judge Kobayashi denied the motion for reconsideration.

Under Local Rule 74.2, either party had 11 days to file objections to the Findings and Recommendation.  Any objections were due 11 days after February 21, 2008 (if not 11 days after January 30, 2008).  No objections have been filed.

Accordingly,  IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation issued on January 30, 2008, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 20, 2008.

_____
Samuel P. King
Senior United States District Judge